UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
RICHARD MOORE,

                        Plaintiff,                    9:19-CV-624 (GTS/ML)

        -against-

CORRECTION OFFICER ANTHONY J. MANSUETO,
BADGE NUMBER UNKNOWN, CORRECTION
OFFICER ROCCO MANSUETO, BADGE NUMBER
UNKNOWN, AND CORRECTION OFFICERS             **STIPULATION OF PARTIAL**
"JOHN DOE 1" TO "JOHN DOE 3", BADGE                          **DISCONTINUANCE**
NUMBERS UNKNOWN, *the name "John Doe"*
*being fictitious, as the true names are presently*
*unknown, and intended to be the officers/supervisors*
*involved in Plaintiff 's assault on June 8, 2016, at*
*approximately 11:20 a.m., while in the corridor in*
*front of Mess Hall #2 in Eastern Correctional Facility,*

                        Defendants.
---------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the
attorneys of records for Plaintiff and Defendants in the above-entitled action, that

       1. Any and all causes of action as against Defendant CORRECTION OFFICER
ANTHONY J. MANSUETO, BADGE NUMBER UNKNOWN are discontinued, with prejudice
and without costs, including any attorneys' fees, as to either party against the other.

       2. Nothing in this Stipulation shall be construed as discontinuing or limiting Plaintiff's
ability to litigate each and every cause of action as against Defendant CORRECTION OFFICER
ROCCO MANSUETO, BADGE NUMBER UNKNOWN.

3. This stipulation may be filed without further notice with the Clerk of the Court.

TRACIE A. SUNDACK & ASSOCIATES, L.L.C.

By: Tracie A. Sundack
Attorneys for Plaintiff
19 Court Street, 3rd Floor
White Plains, New York 10601
(914) 946-8100

LETITIA JAMES
New York State Attorney General
By: John F. Moore
Attorney for Defendants
The Capitol
Albany, New York 12224

SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated:  May 7, 2020